**United States Bankruptcy Court**
**Southern District of Iowa**

| In re | Christine White-Holland | | Case No. | 11-02697 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

# CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of $475.00 per month for 60 months.

   Total of plan payments: $28,500.00

   **a. The debtor shall provide copies of her annual income tax return to the Chapter 13 Trustee and will turn over all state and federal tax refunds to the Chapter 13 Trustee during this case for application under this Plan**

2. <u>Plan Length</u>: This plan is estimated to be for 60 months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:    10.00%
      (2) Attorney's Fee (unpaid portion):    $3,300.00 to be paid through plan in monthly payments
      (3) Filing Fee (unpaid portion):   NONE

   b. Priority Claims under 11 U.S.C. § 507

      (1) Domestic Support Obligations

         (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

         (b) The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

         -NONE-

         (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

         | Creditor (Name and Address) | Estimated arrearage claim | Projected monthly arrearage payment |
         |---|---|---|
         | -NONE- | | |

         (d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

         Claimant and proposed treatment:    -NONE-

    (2) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| Internal Revenue Service | $1,305.97 | 0.00% |
| Iowa Dept. of Revenue | $818.00 | 0.00% |
| Nebraska Dept. of Revenue | $224.00 | 0.00% |

c. Secured Claims

(1) Pre-Confirmation Adequate Protection Payments. Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim. The principal amount of the Creditor's claim shall be reduced by the amount of the adequate protection payments remitted.

| Name | Description of Collateral | Pre-Confirmation Monthly Payment |
|---|---|---|
| Wells Fargo Dealer Services | 2010 Kia Soul | $125.00 |

(2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

    (a) Secured Claims Subject to Valuation Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| Nebraska Furniture Mart | $800.00 | Secured claim to be paid prorata after the payment of Attorney fees in paragraph 4. | 5.25% |

    (b) Secured Claims Not Subject to Valuation Under § 506. Each of the following claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the amount of the claim as set forth in the Creditor's proof of claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| Wells Fargo Dealer Services | $16,085.00 | Secured claim to be paid prorata after the payment of Attorney fees in paragraph 4. Post-Confirmation adequate protection payments in the amount of $125.00 per month shall continue until such payments commence. | 5.25% |

(3) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| -NONE- | | | |

d. Unsecured Claims

(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| -NONE- | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid 7 cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| -NONE- | | |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| BAC Home Loan Servicing | $118.834.00 | $754.00 | |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
NONE.  Payments to be made directly by debtor without wage deduction.

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| -NONE- | |

9. Property to Be Surrendered to Secured Creditor

| Name | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

11. Title to the Debtor's property shall revest in debtor on confirmation of a plan.

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

    Christine White-Holland,
    Debtor.

By:  /s/ *David Hepperlen.*
    David Hepperlen
    Attorney for the Debtor
    3006 South 87th Street
    Omaha, NE 68124
    Voice: (402)614-7171
    Fax: (877) 811-5832

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT COURT OF IOWA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No: BK 11-02697 |
| | ) | |
| Christine White-Holland, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: U.S. Trustee; Albert C Warford; and all parties receiving CM/ECF system notifications in this case.

I further certify that a true and correct copy of the above and foregoing was mailed to the parties listed below.

**Abe's Trash Service, Inc**
8123 Christensen Lane
Omaha, NE 68122-5069

**Alegent Health Clinic**
PO Box 642117
Omaha, NE 68164-8117

**BAC Home Loans Servicing**
450 American St
Simi Valley, CA 93065

**Brumbaugh & Quandahl**
4885 S 118th Street Suite 100
Omaha, NE 68137

**Chance, Chance & Co.**
25 Mian Place, Suite 450
Council Bluffs, IA 51502

**Credit One Bank**
Po Box 98872
Las Vegas, NV 89193

**Gemb/car Care One**
Po Box 981439
El Paso, TX 79998

**Hsbc Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

**Hy Cite/royal Prestige**
333 Holtzman Rd
Madison, WI 53713

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
210 Walnut St.
Des Moines, IA 50309

**Iowa Department of Human Services**
Child Support
Debt Recovery Unit
PO Box 9243
Des Moines, IA 50306

**Iowa Department of Revenue**
PO Box 10471
Bankruptcy Department
Des Moines, IA 50306

**Jensen Clinic, P.C.**
8761 West Center Road
Omaha, NE 68124

**Merchants Credit Adjusters**
17055 Francis St Ste 100
Omaha, NE 68130

**Methodist Physicians Clinic**
P.O. Box 3755
Omaha, NE 68103-0755

**Midcity OB-GYN**
7205 West Center Road, 200
Omaha, NE 68124

**Nebraska Department Of Revenue**
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

**Nebraska Furniture Mart**
Attn: Collections
700 S 72nd St
Omaha, NE 68103

**Nebraska Furniture Mart**
PO Box 3000
Omaha, NE 68103

**Phil Caniglia**
300 West Broadway
Ste # 108
Council Bluffs, IA 51503

**Receivables Performanc**
20816 44th Ave W
Lynnwood, WA 98036

**United Consumer Financial Services**

865 Bassett Rd  
Westlake, OH 44145

**Wells Fargo Dealer Services**  
Po Box 19657  
Irvine, CA 92623

    /s/David C. Hepperlen

**Christine White-Holland**  
2526 Pavich Drive  
Council Bluffs, IA 51501

---